Carol P. Michel, Esq.
Nevada Bar No. 11420
cmichel@wwhgd.com
Daniela LaBounty, Esq.
Nevada Bar No. 13169
dlabounty@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant
Arctic Cat Inc. erroneously named as
Artic Cat, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIK E. MOORE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARTIC CAT, INC., a Minnesota Corporation doing business in Nevada; DOES I through X; and ROE BUSINESS ENTITIESI through XX inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00047-RFB-VCF<br><br>(Removed from the District Court of Clark County, Nevada, Case No. A-22-859224-C, Dept. 16)<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE SET FOR SEPTEMBER 7, 2023 AT 10:00 AM** |

Plaintiff ERIK E. MOORE ("Plaintiff") by and through his attorneys of record, CHRISTIANSEN TRIAL LAWYERS, and Defendant Arctic Cat Inc., erroneously named as Artic Cat, Inc., ("Defendant"), by and through its attorneys of record WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, hereby stipulate as follows: On February 14, 2023, this Court granted the parties' Stipulation to Stay Discovery in the above-captioned matter pending the outcome of Defendant's Motion to Dismiss. *See* ECF No. 11. In granting the stipulation, the Court set a status conference for September 7, 2023 at 10:00 a.m. *Id.* In it's Order, the Court noted that if the Motion to Dismiss was still pending, the parties could submit a stipulation to continue the hearing. *Id.* Defendant's Motion to Dismiss is set for hearing on September 7, 2023 at 11:45 am.

1

*See* ECF No. 12. Accordingly, the parties stipulate to continue the Status Check until after Defendant's Motion to Dismiss has been decided by the Court.

DATED this 31st day of August, 2023.　　　　　DATED this 31st day of August, 2023.

/s/ Daniela LaBounty
Carol P. Michel, Esq.
Daniela LaBounty, Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendant*
*Arctic Cat Inc. erroneously named as*
*Artic Cat, Inc.*

/s/      Whitney J. Barrett
Peter S. Christiansen, Esq.
R. Todd Terry, Esq.
Kendelee L. Works, Esq.
Whitney J. Barrett, Esq.
Keely P. Chippoletti, Esq.
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street, Suite B
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**ORDER**

IT IS HEREBY ORDERED THAT the status hearing scheduled for 10:00 AM, September 7, 2023, is VACATED and RESCHEDULED to an in-person status hearing at 10:00 AM, September 25, 2023, in Courtroom 3D, before Judge Ferenbach.

_____
United States Magistrate Judge

Dated: 9-5-2023

2

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and that on the 31st day of August, 2023, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO CONTINUE THE STATUS CHECK SET FOR SEPTEMBER 7, 2023 at 10:00 AM** by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

Peter S. Christiansen, Esq.
pete@christiansenlaw.com
R. Todd Terry, Esq.
tterry@christiansenlaw.com
Kendelee L. Works, Esq.
kworks@christiansenlaw.com
Whitney J. Barrett, Esq.
wbarrett@christiansenlaw.com
Keely P. Chippoletti, Esq.
keely@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street, Suite B
Las Vegas, NV 89101
(702) 240-7979
(866) 412-6992 FAX
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　/s/     Audra R. Bonney
　　　　　　　　　　　　An employee of WEINBERG, WHEELER, HUDGINS
　　　　　　　　　　　　　　　　　GUNN & DIAL, LLC

3