Carol P. Michel, Esq.
Nevada Bar No. 11420
*cmichel@wwhgd.com*
Daniela LaBounty, Esq.
Nevada Bar No. 13169
*dlabounty@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*Arctic Cat Inc. erroneously named as*
*Artic Cat, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIK E. MOORE, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> ARTIC CAT, INC., a Minnesota Corporation doing business in Nevada; DOES I through X; and ROE BUSINESS ENTITIESI through XX inclusive, <br><br> Defendants. | Case No.: 2:23-cv-00047-RFB-VCF <br><br> (Removed from the District Court of Clark County, Nevada, Case No. A-22-859224-C, Dept. 16) <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE SET FOR SEPTEMBER 25, 2023 AT 10:00 AM** |

Plaintiff ERIK E. MOORE ("Plaintiff") by and through his attorneys of record, CHRISTIANSEN TRIAL LAWYERS, and Defendant Arctic Cat Inc., erroneously named as Artic Cat, Inc., ("Defendant"), by and through its attorneys of record WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, hereby stipulate as follows: On February 14, 2023, this Court granted the parties' Stipulation to Stay Discovery in the above-captioned matter pending the outcome of Defendant's Motion to Dismiss. *See* ECF No. 11. In granting the stipulation, the Court set a status conference for September 7, 2023 at 10:00 a.m. *Id.* In it's Order, the Court noted that if the Motion to Dismiss was still pending, the parties could submit a stipulation to continue the hearing. *Id.* Defendant's Motion to Dismiss is set for hearing on September 7, 2023 at 11:45 am.

*See* ECF No. 12. Per Stipulation and Order the September 7, 2023 status check was continued to September 25, 2023 at 10:00 a.m. *See* ECF No. 14.

On September 7, 2023, the Court held a hearing on Defendant's Motion to Dismiss. At the hearing, the Court stated it would take the motion under submission and issue a separate ruling. *See* ECF No. 15. As the Court has not yet issued a ruling on the motion, the parties stipulate to continue the September 25, 2023 status check until after the Motion to Dismiss has been decided by the Court.

DATED this 20th day of September, 2023.         DATED this 20th day of September, 2023.

*/s/ Daniela LaBounty*
Carol P. Michel, Esq.
Daniela LaBounty, Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendant*
*Arctic Cat Inc. erroneously named as*
*Artic Cat, Inc.*

*/s/ Whitney J. Barrett (w/permission)*
Peter S. Christiansen, Esq.
R. Todd Terry, Esq.
Kendelee L. Works, Esq.
Whitney J. Barrett, Esq.
Keely P. Chippoletti, Esq.
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street, Suite B
Las Vegas, NV 89101
*Attorneys for Plaintiff*

IT IS HEREBY ORDERED that the September 25, 2023 status hearing is VACATED, and RESCHEDULED TO an in-person status hearing at 10:00 am, October 30, 2023, in Courtroom 3D.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   9-21-2023 _____

2