UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Erik E. Moore,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>Artic Cat Inc.,<br><br>                    Defendant(s). | **2:23-cv-00047-RFB-MDC**<br><br>**Order** |

IT IS ORDERED that the *Stipulation for the Extension of Time* (ECF No. 29) is DENIED WITHOUT PREJUDICE TO REFILE. The parties seek extension of expert disclosure deadline, which has passed. LR 26-3 requires a showing of excusable neglect when an extension of an expired deadline is requested. Here, the parties merely state the phrase "excusable neglect" without actually showing excusable neglect why they did not seek to extend the expert deadline before it expired.

Parties are also reminded to use the correct case number "2:23-cv-00047-RFB-MDC" in all future filings.

DATED this 7th day of June 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge